IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT JAMES CASAUS,

    Plaintiff,

v.                                                             Civ. No. 17-051 GBW

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

    Defendant.

## FINAL ORDER

Pursuant to the Order entered concurrently herewith, the Court enters this Final Order, under Fed. R. Civ. P. 58, AFFIRMING the decision of the Commissioner of the Social Security Administration and DISMISSING this action WITH PREJUDICE.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**